In re will of JOHN CORBLIS, deceased.

[Filed August 25th, 1903.]

*Messrs. Queen & Tennant,* for the appellants.

*Mr. Charles B. Hughes,* for the respondents.

PER CURIAM.

The decree appealed from in this case is affirmed, for the reasons set forth in the opinion of Vice-Ordinary Reed, filed in the prerogative court. See *52 Atl. Rep. 996.*

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, DIXON, GARRISON, HENDRICKSON, PITNEY, SWAYZE, VOORHEES, GREEN —9.

*For reversal*—FORT, BOGERT, VREDENBURGH, VROOM—4.